1

2

3

4

5

6

7                                    IN THE UNITED STATES DISTRICT COURT

8                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9     DANIEL P. BJORLIN,

10                  Plaintiff,                        No. CIV S-09-1793 GGH P

11            vs.

12    T. HUBBARD, et al.,

13                  Defendants.                       ORDER

14    _____/

15            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

16    to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

17    U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

18    pauperis on the form used by this district.  Use of the form assists plaintiff to establish and the

19    court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).

20    Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the

21    opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must

22    also provide a certified copy of his prison trust account statement for the six month period

23    immediately preceding the filing of his complaint.

24            In accordance with the above, IT IS HEREBY ORDERED that:

25            1.  Plaintiff's application to proceed in forma pauperis is dismissed without

26    prejudice;

                                                    1

1       2.  The Clerk of the Court is directed to send plaintiff a new Application to

2   Proceed In Forma Pauperis By a Prisoner; and

3       3.  Plaintiff shall submit, within thirty days from the date of this order, a

4   completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

5   will result in a recommendation that this action be dismissed without prejudice.

6   DATED: July 9, 2009

7

8                                                    /s/ Gregory G. Hollows

9                                                    GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

10  GGH:kly
    bjor1793.3d

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26