IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

        Plaintiff,                No. CIV S-09-1793 GEB GGH P

    vs.

T. HUBBARD, et al.,

        Defendants.        <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed October 8, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff filed an amended complaint.

        The amended complaint states cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) as to some defendants based on failure to protect under the Eighth Amendment and retaliation under the First Amendment; a recommendation of dismissal with regard to other claims and defendants will be filed concurrently.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: High Desert State Prison Assoc. Warden T. Perez; Correct. Lieut. J. Cummings; Corr. Sgt. C.K. Lockhart; Corr. Sgt. Fannen (or Fannon); Corr. Officer (C/O) T. Hubbard; C/O M. Rainey; C/O R. Callassion (or

1

Calison); C/O Swart; C/O Mortel.

2. The Clerk of the Court shall send plaintiff nine (9) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed October 22, 2009 (docket # 12).

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Ten (10) copies of the endorsed amended complaint filed October 22, 2009 (docket # 12).

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: February 3, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
bjor1793.1am

```
                                    IN THE UNITED STATES DISTRICT COURT

                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

              Plaintiff,                      No. CIV S-09-1793 GEB GGH P

       vs.

T. HUBBARD, et al.,                           NOTICE OF SUBMISSION

              Defendants.                           OF DOCUMENTS
                                    /

       Plaintiff hereby submits the following documents in compliance with the court's

order filed _____:

              1       completed summons form
              9       completed USM-285 forms
             10       copies of the October 22, 2009
                                    Amended Complaint
DATED:


                                                      _____
                                                      Plaintiff
```