IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

    Plaintiff,                    No. CIV S-09-1793 GEB GGH P

    vs.

T. HUBBARD, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 4, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 4, 2010, are adopted in full; and

2. To the extent plaintiff makes claims of discrimination and violation of his rights under the Equal Protection Clause of the Fourteenth Amendment by any prison policy of integrated housing for sensitive needs yards inmates against any defendants, those claims are dismissed and the California Department of Corrections and Rehabilitation and High Desert State Prison, Warden Felker and Warden McDonald, as well, are dismissed as defendants in this action.

Dated: May 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge